**RICHARD A. KRASLOW, P.C.**
ATTORNEYS AT LAW
425 BROAD HOLLOW ROAD, SUITE 206
MELVILLE, NEW YORK 11747
TEL (631) 756-8300
FAX (631) 756-3684
rakpc1@aol.com
*PLEASE NOTE OUR NEW EMAIL ADDRESS: rakpc.law@gmail.com*

*Of Counsel*
ALAN G. KRAUT
BARRY K. HONIGMAN

April 3, 2023

*VIA ECF*
Hon. Jennifer L. Rochon
United States Courthouse
Southern District of New York
500 Pearl Street, Room 1920
New York, NY 10007

    Re:    *NYC District Council of Carpenters, et al v. Mensch Millwork Corp.*
             *Case No.: 1:23-cv-00478-JLR*

Dear Justice Rochon:

This firm represents Defendant, Mensch Millwork Corp., in the referenced matter. An Initial Pretrial Conference has been scheduled in this matter for April 27, 2023 at 10:30 a.m. This firm has a conflict on that date and respectfully requests that the Conference be adjourned to either May 1, 2023, May 3, 2023, May 9, 2023 or May 10, 2023. This is the first request for an adjournment of the Conference and is made with the consent of Plaintiffs' counsel, Virginia & Ambinder, LLP.

If the Court has any questions, or requires additional information in furtherance of this request, please call.

                  Respectfully submitted,

                  RICHARD A. KRASLOW, P.C.

                  RICHARD A. KRASLOW

RAK:jh

cc:    Maura Moosnick, Esq.
       *via ECF*

Request **GRANTED** in part. Due to the Court's trial calender, the next available time to reschedule the conference is May 18, 2023. Accordingly, the initial pretrial conference is adjourned to **May 18, 2023 at 10:30 a.m.** If the parties prefer an earlier date, the Court has limited availability on April 25 or 26 and the parties may request a conference on those dates.

**SO ORDERED.**

Dated: April 3, 2023
       New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**